# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

WILLIAM LUTHER YOUNG, JR.

**CRIMINAL COMPLAINT**

CASE NUMBER: 8:08-m-
**8·08 M 137 3 MAP**

I, the undersigned complainant, being duly sworn, state the following is true and correct

to the best of my knowledge and belief. On or about May 21, 2008, through the present, in

Hillsborough County, in the Middle District of Florida, defendant(s) did,

> use a computer, a facility and means of interstate commerce, to attempt to
> knowingly persuade, induce, entice, and coerce an individual who had not
> attained the age of eighteen (18) years, to engage in any sexual activity for
> which any person can be charged with a criminal offense, and use a computer, a
> facility and means of interstate commerce, to transfer obscene material to an
> individual who had not attained the age of eighteen (18) years,

in violation of Title 18, United States Code, Section(s) 2422(b) and 1470. I further state that I

am a(n) Special Agent with Bureau of Immigrations and Customs Enforcement, and that this

Complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Terri Botterbusch

Sworn to before me and subscribed in my presence,

August 7, 2008                    at          Tampa, Florida

HON. MARK A. PIZZO
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Terri Botterbusch, being duly sworn, depose and state the following:

1.     I am a Special Agent (SA) with the United States Immigration and Customs Enforcement (ICE) and have been so for over three years. I am currently assigned to the ICE, Special Agent in Charge (SAC) Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2252 and 2252A, which criminalize the possession, receipt and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. Your affiant has attended specialized courses involving computers and child exploitation. Prior to August of 2005, I was assigned to Operation Panama Express where I investigated multi-ton cocaine smuggling cases as well as international drug trafficking organizations (DTO'S). I was employed as a St. Lucie County Sheriff's Deputy from 1995 until 2002 where I served my time as a road patrol deputy and narcotics/vice detective.

2.     As a Special Agent, I am authorized to investigate violations of the laws of the Unites States and execute arrest and search warrants issued under the authority of the United States. Your affiant has participated in investigations involving child pornography. Your affiant has received training for online undercover investigations involving child exploitation.

3.     The statements contained in this affidavit are based in part on information from chat and email conversations held on Yahoo!, Yahoo! Messenger, and MySpace between William Luther YOUNG Jr. also known as Yahoo! Messenger screen name and or Yahoo! email address as "Bruce Wayne (batman76525) " aka "bill young," and MySpace

Friend ID of 304616824 aka "animalistic nature" your affiant working in an undercover capacity as Yahoo! Messenger screen name "lilgymbrat13," aka "Nicole Browning." This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause for the arrest of a William Luther YOUNG Jr.

## YAHOO!

4.      Yahoo!, Incorporated is an Internet web-based e-mail service offering subscribers free web-based e-mail accounts, which are identified by the subscribers e-mail name. Yahoo! provides an instant messaging system known as Yahoo! Messenger that allows subscribers to communicate via online chat in real-time. Yahoo! also provides online web-based clubs and chatrooms where users can enter and engage in real-time chat. These web-based clubs and chatrooms are categorized by various interests. Each Yahoo! subscriber must have access to a computer, which communicates to a central computer system at Yahoo!, which is located in California.

## MYSPACE

5.      MySpace is a free online social networking service that allows users to create their own profile pages, which can include lists of their favorite musicians, books and movies, photos of themselves and friends, and links to pages within and outside the MySpace environment. The service also permits users to send and receive private messages with other MySpace users, and to restrict the disclosure of certain information (blogs, profile information) exclusively to their MySpace friends. There are also many third party features that can be used with a MySpace profile, but which are not controlled by MySpace. Due to the number of users of MySpace as a social networking site, MySpace has over 100 million users; it

2

provides each user a specific "Friend ID" of the relevant account. Said "Friend ID" can be located in the web address of the profile in question. As stated in Paragraph #3 of this Affidavit, the "Friend ID" of the account in question are #304616824.

## PROBABLE CAUSE

6.     On May 21, 2008 your affiant was working in an undercover capacity posing as a14 year old girl on Myspace. A profile had been previously created that depicted your affiant as a girl named "Nicole Browning". At approximately 4:04 P.M., your affiant received an email in her inbox of her MySpace account. The email was titled 'thanx for the add". The body of the message stated the following "wish i would have known u a month ago. i was visiting tampa in early april..we could have hooked up and had some fun ;). This message was from MySpace member "animalistic nature." Additionally, this message contained a picture of a while male in dark colored shorts with his shirt off, flexing his right arm. There is a clear image of his face.

7.     On May 22, 2008, your affaint was working in an undercover capacity posing as a 14 year old girl on Myspace. A profile had been previously created that depicted your affiant as a girl named "Nicole Browning." At approximately 3:23 P.M., your affiant received an email in her inbox of her MySpace account. This email was titled "RE: r u looking for a bf?," it was from "animalistic nature."

8.    Additionally, on or about May 24, 2008 your affiant was working in online in an undercover capacity posing as a 14 year old girl on the Yahoo! Messenger.  A profile had been previously created that depicted your affiant as a girl named "Nicole Browning" with Yahoo! Messenger screen name "lilgymbrat13."  Your affiant logged into Yahoo! Messenger and had several "add requests" from unknown persons. Your affiant after logging in observed an off line message and an "add request" from Bruce Wayne (batman76525). Your affiant also observed the off line message in which Yahoo! screen name Bruce Wayne (batman76525) advised he was the same individual as "animalistic nature" from MySpace. At this time, your affiant approved the friend request for Bruce Wayne (batman76525), aka: "animalistic nature".  After your affiant,  Nicole Browning (lilgymbrat13) accepted Bruce Wayne (batman76525) friend request in Yahoo! messenger and MySpace; communications remained ongoing on between your affiant and Bruce Wayne (batman76525), also known as "animalistic nature" in both Yahoo! Messenger and MySpace through the present.  Several of the emails and or chat sessions are documented below.

9.    On May 27, 2008, your affiant was working online in an undercover capacity on Yahoo! Messenger posing as "Nicole Browning" with Yahoo! Messenger screen name "lilgymbrat13".  At approximately 7:44 AM, your affiant received an instant message from Yahoo! Messenger screen name Bruce Wayne "batman76525."  During the conversation, he stated the following:

batman76525 (7:45:31 AM): ur so hawt..id luv to b ur bf
lilgymbrat13 (7:45:49 AM): so r u
lilgymbrat13 (7:45:53 AM): smokin
batman76525 (7:45:57 AM): so r u

4

batman76525 (7:46:20 AM): i luv how small u r
lilgymbrat13 (7:46:45 AM): u do
batman76525 (7:46:51 AM): yes
batman76525 (7:47:00 AM): i luv the lil girl look
lilgymbrat13 (7:47:12 AM): kewl
batman76525 (7:47:26 AM): and gymnastics girls are the bomb
batman76525 (7:47:39 AM): really flexible;)
batman76525 (7:48:06 AM): would u like to b my gf?
lilgymbrat13 (7:48:10 AM): hey gtg to school
lilgymbrat13 (7:48:16 AM): yes i said i woul;d
batman76525 (7:48:30 AM): omg that is so fucking awesome..im so excited

10.     On May 28, 2008, Bruce Wayne "batman76525" leaves a short message

for your affiant, Nicole Browning (lilgymbrat13) stating:

Bruce Wayne (5/28/2008 8:18:34 PM): r u on?
Bruce Wayne (5/28/2008 8:19:06 PM) id luv to chat with u sweetie
Bruce Wayne (5/28/2008 8:18:35 PM) cuz I am very serious....i never make promises I
don't keep
Bruce Wayne (5/28/2008 8:45:14 PM) please talk to me

11.     Over the next several days Bruce Wayne (batman76525) leaves several

messages for your affaint, Nicole Browning (lilgymbrat13) on Yahoo! messenger. Below are

the short messages captured and automatically saved in the Yahoo! messenger archive.

On May 28, 2008 the below message was captured and saved.

Bruce Wayne (5/28/2008 8:18:34 PM): r u on?
Bruce Wayne (5/28/2008 8:19:06 PM): id luv to chat with u sweetie
Bruce Wayne (5/28/2008 8:19:35 PM): cuz i am very serious...i never make promises i
dont keep
Bruce Wayne (5/28/2008 8:45:14 PM): please talk to me

On May 30, 2008 the below message was captured and saved.

Bruce Wayne (5/30/2008 6:49:23 AM): hi

On June 1, 2008 the below message was captured and saved

Bruce Wayne (6/1/2008 8:45:40 PM): hello..r u on

On June 15, 2008 the below message was captured and saved.

Bruce Wayne (6/15/2008 10:36:32 PM): well i guess ur never gonna talk to me on here so take care
Bruce Wayne (6/15/2008 10:37:01 PM): yet another myspace tease

12.      On June 17, 2008, your affiant was working online in an undercover capacity on Yahoo! Messenger posing as "Nicole Browning" with Yahoo! Messenger screen name "lilgymbrat13." At approximately 7:01 P.M., your affiant received an instant message from Yahoo! Messenger screen name Bruce Wayne "batman76525." During the conversation, he tells "lilgymbrat13" that he is 41 years old and he wants to be her boyfriend. "lilgymbrat13" tells "batman76525" that she is 14 years old.

lilgymbrat13 (7:05:40 PM): how was ur workout
lilgymbrat13 (7:05:48 PM): i had to train this morning
batman76525 (7:05:56 PM): hawt=hott
lilgymbrat13 (7:05:58 PM): practice for 4 hours
batman76525 (7:06:18 PM): like mad sexy
lilgymbrat13 (7:06:23 PM): d u do weights?
lilgymbrat13 (7:06:25 PM): kewl
batman76525 (7:06:29 PM): like my perfect type
lilgymbrat13 (7:06:34 PM): thanks
lilgymbrat13 (7:06:44 PM): u r very sweet 2 me
batman76525 (7:06:48 PM): i luv short petite girls
lilgymbrat13 (7:07:03 PM): well then im perfect 4 u
batman76525 (7:07:14 PM): ur body must b sotite
batman76525 (7:07:48 PM): ok...its not near as e z like when i was younger
batman76525 (7:07:59 PM): i do 2 or so miles on the treadmill then weights
lilgymbrat13 (7:08:04 PM): kewl
batman76525 (7:08:08 PM): i wanna b ur bf
lilgymbrat13 (7:08:10 PM): brb
batman76525 (7:08:16 PM): if u dont mind im 41
lilgymbrat13 (7:08:51 PM): kewl
lilgymbrat13 (7:08:58 PM): im 14 i told u b4
lilgymbrat13 (7:09:03 PM): i thought u told me 2?
lilgymbrat13 (7:09:09 PM): i know ur older

lilgymbrat13 (7:09:22 PM): thats beter than boys my age they anonoy me
batman76525 (7:10:11 PM): i luve young girls

As the chat continues, "batman76525" tells your affaint, "lilgymbrat93" that he is

interested in something real. She advises him that she is real and is going into the ninth

grade as illustrated below:

batman76525 (8:11:27 PM): i want something real
lilgymbrat13 (8:11:38 PM): do u think im fake
lilgymbrat13 (8:11:43 PM): im a real girl
lilgymbrat13 (8:11:54 PM): i go n 2 high school this august
lilgymbrat13 (8:12:00 PM): 9th grade

During the chat between, "batman76525" and your affaint, "lilgymbrat93";

"batman76525" advises is in PA but wants to move to Tampa or Clearwater. He advises

that he is looking for a real relationship. As the chat continued, "batman76525" indicates

asks your affaint, "lilgmbrat13"; "do u wanna have sex with me?" and again states that he is

41 years old.

batman76525 (8:25:40 PM): m i really the only guy ur thinkin of bein with..u havent
told any other guys that ud like to b with them?
lilgymbrat13 (8:26:09 PM): nope
lilgymbrat13 (8:26:11 PM): no others
batman76525 (8:26:22 PM): promise?
lilgymbrat13 (8:26:38 PM): i never had sex b4
lilgymbrat13 (8:26:44 PM): if thats what ur asking
batman76525 (8:26:48 PM): nope
lilgymbrat13 (8:26:50 PM): i only kissed b4
batman76525 (8:27:01 PM): just wanted to know if im the only guy ur really
interested in
lilgymbrat13 (8:27:17 PM): u r
batman76525 (8:27:19 PM): do u wanna have sex with me?
lilgymbrat13 (8:27:38 PM): well i never did it b4
lilgymbrat13 (8:27:44 PM): so i dont no how 2
batman76525 (8:28:09 PM): so
lilgymbrat13 (8:28:20 PM): u would hav 2 b nice

batman76525 (8:28:31 PM): of course i would..thats what i am
lilgymbrat13 (8:28:48 PM): hav u ever done it b4
lilgymbrat13 (8:28:53 PM): had sex?
batman76525 (8:29:10 PM): duh silly..im 41

As the chats continues, "batman76525" indicates he is looking for a very sexual relationship.

lilgymbrat13 (8:30:01 PM): so u might hav 2 tell me how 2
lilgymbrat13 (8:30:04 PM): or teach me
batman76525 (8:30:09 PM): would u like that
lilgymbrat13 (8:30:16 PM): dpeends
lilgymbrat13 (8:30:18 PM): maybe
lilgymbrat13 (8:30:25 PM): i might
batman76525 (8:30:37 PM): or do u wanna wait til ur 'older'
lilgymbrat13 (8:30:46 PM): nont sure
lilgymbrat13 (8:30:48 PM): not
batman76525 (8:30:55 PM): oh ok
lilgymbrat13 (8:31:44 PM): k
batman76525 (8:31:53 PM): well i am lookin for a very sexual relationship
lilgymbrat13 (8:32:11 PM): well ok
lilgymbrat13 (8:32:21 PM): i just dont want 2 disappoint u
batman76525 (8:32:44 PM): how would u
lilgymbrat13 (8:32:57 PM): cause i never did it b4 like i said
batman76525 (8:33:10 PM): i dont mind..as long as ur willing
lilgymbrat13 (8:33:48 PM): i would b with u
lilgymbrat13 (8:33:54 PM): what would we do though?
batman76525 (8:34:06 PM): u mean sex wise?
lilgymbrat13 (8:34:34 PM): yes
lilgymbrat13 (8:34:38 PM): i do
batman76525 (8:34:55 PM): thats really up to u and what ur willing to do
lilgymbrat13 (8:35:07 PM): oh ok

13.     On June 18, 2008, Bruce Wayne "batman76525" leaves a short message

for "lilgymbrat13" stating:

Bruce Wayne (6/18/2008 9:03:00 PM): i miss u
Bruce Wayne (6/18/2008 11:53:53 AM): i hope we get to talk more...i really wanna get to know u
Bruce Wayne (6/18/2008 11:54:07 AM): i really need a gf....


On June 19, 2008, Bruce Wayne "batman76525" leaves a short message

for "lilgymbrat13" stating:

Bruce Wayne (6/19/2008 11:05:50 PM): I miss my little girl
Bruce Wayne (6/19/2008 11:06:05 PM): I wanna cuddle with u and feel ur body all over


14.     During the month of May 2008 to date, your affiant communicated with Bill

Young "batman76525" via Yahoo! emails. All of the communications came from the Yahoo

email address of Bill Young (batman76525@yahoo.com). Below are several of the emails

that are sexual in nature.

15.     On Monday, July 28, 2008, Bill Young <batman76525@yahoo.com> wrote:

From: Bill Young batman76525@yahoo.com

Subject: Re: hi sweetie

To: lilgymbrat13@yahoo.com

Date: Monday, July 28, 2008, 7:27 AM

Good morning my darling nicky,

May my luv find its way to u this fine morning to ur heart....ur such a sweetie and wonderful
gf...id luv to b ur dark knight...ur not silly..ur special and awesome...and so sweet....i hope u
dressed sexy for daddy....daddy want to kiss u all over and give u a massage...rub ur body all
over with body oil and finger ur holes....i wont lie to u...sex will hurt some the first time u do
it but i will b gentle and loving....it wont hurt to lick u at all...just when u fuck...and it will
bleed a lil..but thats normal..dont worry and
dont b scared.......i hope ur enjoyin ur new freedom not wearing a bra and panties...i bet u
look so nice....i try to imagine how cute and sexy u r and what ur cute lil pussy must look
like....i cant wait to see it and feel it and make u cum....do u masturbate at all?...if not i need
to have u start doing that....i want u to b a very sexy lil girl for her daddy...i wish i wasnt so
far away either and would have known u 4 months ago so when i did
go to tampa we could have gotten together..but dont worry...we will...daddy is urs my
love....as i hope u r mine...i want to own u...im thinkin that you are a submissive type
girl..maybe u would like to b a slave type girl....i guess it depends on if u like doing
whatever ur told no matter what.....if u want google 'slaves and submissives'....read about it
and see if u lke it.....id like to know how u feel about tattoos and
peircings....and drugs and alchohol....i love hearing from u....ur the best gf.....xoxoxo

9

16.     On Monday, July 28, 2008, Bill Young <batman76525@yahoo.com> wrote:

From: Bill Young <batman76525@yahoo.com>

  Subject: Re: hi sweetie
  To: lilgymbrat13@yahoo.com
  Date: Monday, July 28, 2008, 10:49 PM

my darling nicky,

I only ask for ur love and commitment...i know ur young and i hope my age dont bother u at all...i really want to do anything to make this work..i know we can do it...i bet ur a good learner...ur already being a great gf...ur doing so much already....i hope u got my card

  ur daddy bill

17.     On Tuesday, July 29, 2008, Bill Young <batman76525@yahoo.com> wrote:

    From: Bill Young <batman76525@yahoo.com>
    Subject: Re: hi sweetie
    To: lilgymbrat13@yahoo.com
    Date: Tuesday, July 29, 2008, 7:16 AM

my sweetie nicky,

I luv how young and little u r...ur so sexy and cute...i cant wait to fuck u...and i dont mind ur sillyness....its sweet.......i was just about to tell u about where to find my card but i just got the'alert' that u read it...i hope u liked it...i hope u think about me as much as i think about u....im crazy about u...ur my perfect lil girlfriend
        luv ur daddy bill

18.     On Tuesday, July 29, 2008, Bill Young <batman76525@yahoo.com> wrote:

    From: Bill Young <batman76525@yahoo.com>
    Subject: Re: hi sweetie
    To: lilgymbrat13@yahoo.com
    Date: Tuesday, July 29, 2008, 7:31 AM

does ur lil pussy get wet when u think of me.....how has it been working not wearin a bra and panties....does anything 'show'....so yummy....i seen u were exhausted yesterday...tough workout session?........i cant wait til we are together my luv
        ur daddy bill......xoxoxoxoxoxoxoxoxoxoxoxo

As the email communication progressed, Bill Young (batman76525) suggests that your affiant, Nicole Browning (lilgymbrat13), runaway from home to live with him in Pennsylvania.

19.    On Tuesday, July 29, 2008, Bill Young <batman76525@yahoo.com> wrote:

From: Bill Young <batman76525@yahoo.com>
Subject: Re: hi sweetie
To: lilgymbrat13@yahoo.com
Date: Tuesday, July 29, 2008, 8:54 PM

my sweet nicky,
I wish u would runaway and come b with me in PA til i get everything sold so we can b together....id luv to b together now...it would b awesome....i cant wait to c u and to love u too...ur cute lil naked body next to mine...i will b in heaven
        love ur daddy bill, xoxo

20.    On Wednesday, July 30, 2008, nicole browning <lilgymbrat13@yahoo.com> wrote:

From: nicole browning <lilgymbrat13@yahoo.com>
Subject: Re: hi sweetie
To: batman76525@yahoo.com
Date: Wednesday, July 30, 2008, 9:53 AM

OMG really that would be so kewl. I dont have any money 4 that u know and i cant drive yet. U have the best ideas ever. I do like to sneak out, lol :) i miss u so  nicky

21.    On Wednesday, July 30, 2008, Bill Young <batman76525@yahoo.com> wrote:

From: Bill Young <batman76525@yahoo.com>
Subject: Re: hi sweetie
To: lilgymbrat13@yahoo.com
Date: Wednesday, July 30, 2008, 10:29 AM

i used to love to do that too...lol....r u ready for a committed relationship with nobody else to b with but me?

22.    On Wednesday, July 30, 2008, nicole browning <lilgymbrat13@yahoo.com>

wrote:

From: nicole browning <lilgymbrat13@yahoo.com>
Subject: Re: hi sweetie
To: batman76525@yahoo.com
Date: Wednesday, July 30, 2008, 10:43 AM

kewl its fun huh. yes i am ready i am so ready. xoxooxoxxxxxxxxx nicky

23.    On Wednesday, July 30, 2008, Bill Young <batman76525@yahoo.com>
       wrote:

From: Bill Young <batman76525@yahoo.com>
Subject: Re: hi sweetie
To: lilgymbrat13@yahoo.com
Date: Wednesday, July 30, 2008, 10:48 AM

then i want u to do what it takes to get to me....whatever u feel u must do to get here...we
must figure out a way to b together so we can start our lives together as a couple....u know u
would b giving up everything that u know and have...everybody to b with me...i know its
alot to ask...but i will give u allt he love in the world and b  ur man and take care of u...u
wont go to school or anything...ull b here with me and b my girl...it will b a totally whole
new life...we will make it with our love for each other nicky...ive waited for a girl like u all
my life...i miss u all the time and always cant wait to get ur emails...ur the love of my life

24.    On Wednesday, July 30, 2008, Bill Young<batman76525@yahoo.com>wrote:

From: Bill Young <batman76525@yahoo.com>
Subject: Re: 100_0237.jpg (1112KB)
To: lilgymbrat13@yahoo.com
Date: Wednesday, July 30, 2008, 1:49 PM

Hope u like it...im all urs

Attached in this email was a jpg image of Bill Young (batman76525). The image is
described as a naked adult white male standing, his body facing to the side exposing his
genitals. The adult male has his head turned to face the camera.

Additionally on Wednesday, July 30, 2008, Bill Young<batman76525@yahoo.com>wrote:

From: Bill Young <batman76525@yahoo.com>
Subject: Picture 045.jpg (1267KB)

To: lilgymbrat13@yahoo.com
Date: Wednesday, July 30, 2008, 3:59 PM

Hope I don't look too silly

Attached in this email was a jpg image of Bill Young (batman76525). The image is described as a naked adult white male standing upright. His upper body is partially turned toward the camera, his face is exposed. He is posing flexing his right arm. His lower body is turned to the side and his genitals are exposed. This image is different then the image sent at 1:49 PM.

25.     On Thursday, July 31, 2008, Bill Young< batman76525@yahoo.com> wrote:

From: Bill Young<batman76525@yahoo.com
Subject: Re: this is for u
To: lilgymbrat13@yahoo.com
Date: Thursday, July 31, 2008 8:25 PM

My sweet lil girl,

I miss u too baby....i hope u had a good workout...I just got back from mine...im beat..i can't work out like I ised to..i'm getting old :( ...my asthma, joints...ugh..it sux...and I can come up with 200 bucks...the problem like I told u, id have to pay by credit card or something that can b traced back to me...so they would find u...it has to  be something that cant be traced...u have to basically disappear and not b heard of by anyone u know...and nobody can know what ur up to...not even ur closest friends...I hope ur doing well...we can b together we just have to figure stuff out...just b patient...we will come up with something...I want u here soon...I wish tomorrow even..im so ready for u nicky...I hope ur lookin sexy for daddy and dressing naughty and have been rubbin ur pussy and clit like I asked...I luv u...hope to hear from u soon...im always excited to get something from u...
   Love ur daddy,
      Bill

26.     In an email dated 7/31/08 at 9:09 PM; Bill Young (batman76525) advised

        your

affiant, Nicole Browning (lilgymbrat13) "if I can pay cash...im going to have to leave a ticket

for a name...and u will have to present id...so if ur gonna use fake id I will need the full name

of that name...plus I will need to know when u can leave". The email dialogue went on as

follows:

From: nicole browning <lilgymbrat13@yahoo.com>

Subject: Re: this is for u
To: batman76525@yahoo.com
Date: Thursday, July 31, 2008, 9:14 PM

ok well my name is nicole browning. i steal my friends sister student id and she is like 16. will that b ok? my mom is out of town next week beg monday but comig home friday

From: Bill Young <batman76525@yahoo.com>
Subject: Re: this is for u
To: lilgymbrat13@yahoo.com
Date: Thursday, July 31, 2008, 9:16 PM

ok...ur gonna take her id so u can board the train cuz ur gonna play that ur 16...the id will have her name on it..not urs..so the ticket will have to b in her name

From: Bill Young <batman76525@yahoo.com>
Subject: Re: this is for u
To: lilgymbrat13@yahoo.com
Date: Thursday, July 31, 2008, 9:23 PM

of course its cool...thats the only way ull get on board the train..cuz u cant go on by urself unless ur at least 15...besides..if u use fake id and hide urself they wont trace u as easy

27.     In an email dated 7/31/08 at 9:23 PM; Bill Young (batman76525) advised

        your

affiant, Nicole Browning (lilgymbrat13); "if u use fake id and hide urself they wont trace u

as easy".

28.     In an email dated 7/31/08 at 9:30 PM; Bill Young (batman76525) advised

        your

affiant, Nicole Browning (lilgymbrat13); "im gonn lick ur pussy a lot when u get here and

make u cum a lot".

29.     In an email dated 8/2/08 at 7:27 AM, your affiant, Nicole Browning

(lilgymbrat13), wrote as follows:

From: nicole browning <lilgymbrat13@yahoo.com>
Subject: Re: this is for u
To: batman76525@yahoo.com
Date: Saturday, August 2, 2008, 5:11 PM

daddy bill
i love u to. i also lov kitties they are so cute and cuddly so of course i will take good care of
them. i would lov 2 shop with u that way we can get what u like 4 me. i think i will miss u
when u r at work for sure but i can find lots 2 do. do u think i could have a baby?? they r lots
of fun :) my friends sisters name is Ashley Williams she is 16 and that is what is on her ID. I
already got it. Are u proud of me? I hope so i want to make u proud of me. I have not told
anyone it is our secret like u said, right? I dont no any police so Im not sure what u mean. I
think wed or thursday is a good day. What do u think? gtg to mom is being a pain in my ars.
xoxoxo
nicky

30.    In an email dated August 2, 2008 at 7:27 AM; Bill Young (batman76525)

advised your affiant, Nicole Browning (lilgymbrat13); "the station ill b goin to is a small

one...ur only allowed 2 carry on bags and a purse...please make sure u wipe ur computer" "

remember u need to delete ur myspace and yahoo mail...I hope ur wearing something cute

for daddy....the station is on Nebraska ave" "I know ur small..u have to and act and b 16...so

relax and be mature about it" "u will leave at 5:17 PM...make sure ur there early enough for

check in...an hour id say..u wont b getting here til like 10PM the next day" "im going to

check the station out...there is a parking lot there I know...I might b there waiting for u...im

going to b monitoring the area" "I hope this goes well...im riskin a lot as r u...I luv u much"

31.    On August 2, 2008, the following email exchange occurred:

From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Wednesday, August 6, 2008, 2:44 PM

ok...its like this...my ex is convinced ur not who u say u r...that ur somebody posing as a

15

14yo girl...she been pretty convincing....other than ur word i have no reason to believe u r...i know u love me..but im surprised that u would leave ur mom and all ur gymnastics and everything for me...my feelin is ur somebody posing...if u take offense to it im sorry....if u really are nicky then i will look like a dummy...so....its up to u to prove us wrong...i will get u ur ticket..i just got home from groceries....if ur older like im starting to think..then im doin nothing but buyin a stranger a one way ticket...im not doin anything wrong at this point...and im NOT MAD AT YOU....im mad at how things are going....i will get the ticket for tommorrow...i dont think i can book u for tonight..its getting too late and u would have to rush around...id rather u take ur time and not b rushed....i will c u when u get here....if u are nicky..then we will live happily every after.....if ur not...then oh well...its a technicality and ill get off....at this point im just curious of whos gonna show up.....if its really nicky..u can slap me for actin like this...i hope u can understand whats goin on here....if ur who i think u r...i know u do

From: nicole browning <lilgymbrat13@yahoo.com>
Subject: Re: about coming
To: batman76525@yahoo.com
Date: Wednesday, August 6, 2008, 3:03 PM

daddy bill

OMG u r so silly. i wont slap u when i get there but i am 4 sure doing the flying leap hug..i promise :) i am happy and excited again. thanks i will not disappoint u i promise u. can u buy me the ticket 2day for tomorrow then and i will b all ready 2 go 4 sure. what time does my bus leave tomorrow? when do i get to u? i miss u and all the other stuf u said is a little crazy 4 me. i am who i am just nicky not any one else. i think we r going 2 live happliy ever after. xoxoxox☺
nicky


From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Wednesday, August 6, 2008, 3:21 PM

i will b excited when i c u...if i see anyone else besides u then i wont b excited..so lets say its guarded excitement...when i know its u...and im not bein followed or approached later...then ill b excited later....its not nice sayin ill have u killed no..but as long as ur nicky...u have nothin to worry about...the crips are one of the largest gangs in the US....i know some..and they got my back if i need them..i dont belong though...im not playin around..if ur anybody but nicky there is gonna b a major fight....i can also drive very well...need for speed anyone?.....i will let u know if i got the ticket...im sure if u get there between 6 and 7 that should b fine..it will give u time to get ur ticket and get on the bus...i dont know how many bags u r bringing...im sure if u have traveled before u know what to do

16

From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Wednesday, August 6, 2008, 3:22 PM

good..i want u to call me on a payphone so i can talk to u...717-951-9988...do not caller id block the number or i wont pick up


From: nicole browning <lilgymbrat13@yahoo.com>
Subject: Re: about coming
To: batman76525@yahoo.com
Date: Wednesday, August 6, 2008, 5:19 PM

daddy bill
WTF I called u from a 813 number i even remembr it its like 813-872-6094 and its a pay phone with a yellow phone handle. i just sweated my butt off to walk down there 4 u and u did not answer. im not sure what u want from me. i can walk down there again and u can call me at that number but it is a pay phone.


From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Wednesday, August 6, 2008, 5:20 PM

do u know why..cuz i was BUYIN UR TICKET


From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Wednesday, August 6, 2008, 5:26 PM


IM SCARED OUTA MY MIND...R U KIDDING!.....u could leave tonight if u wanted..the ticket is good for 5 days....u have to b there an hour early they said...ur comformation number is 34595253.....ill b expecting and older lady..probably in her 20's at least im guessin...u dont sound what u say u r on the phone...sound like ur an older lady disguising ur voice...im tellin u....i still dont believe u...so dont come sayin im in trouble for settin up with a minor..cuz i

17

know ur not


From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Wednesday, August 6, 2008, 5:38 PM

u havent let me down....and of course i want the real nicky....im very skeptical....i dont
believe people right off...they have to prove themselves to me....u will have to prove urself
when ur here...im still confused why u wanna leave ur mom and all u have for me...i know u
love me..but im sure u love ur mom too

32.     On August 6, 2008 your affiant confirmed with GreyHound Bus Station in

Tampa, Florida that an open ended ticket had been purchased with cash in the name of

Ashley Williams from Tampa, Florida to York, PA. Your affiant confirmed that the departure

time for Thursday August 7, 2008 is a 8:05 PM arriving in York, PA at 8:05 PM on Friday

August 8, 2008.


33.     Below are emails exchanged between your affiatnt and Bill Young

(batman76525) on the morning of August 7, 2008:


From: Bill <batman76525@yahoo.com>
Subject: Re: about coming
To: lilgymbrat13@yahoo.com
Date: Thursday, August 7, 2008, 3:55 AM

Nicky...look..im really sorry about all this....please just stay there...i cant deal with all the
stress this is causing me....i dont want u to come...im not gonna show up...i cant do it...i cant
take u away from what u have there..id rather u wait til i come down there and we can
date...thate even sayin that u r who u say u are..which i dont think u r...in which case i wont
b there anyway...im sorry for everything ....i know ur gonna b upset and confused but im
just not gonna risk everything....i want us both to b happy and i just cant b happy takin u
away from ur mom...again im sorry...i hope u can forgive me...talk to u soon.....

18

From: nicole browning <lilgymbrat13@yahoo.com>
Subject: Re: about coming
To: batman76525@yahoo.com
Date: Thursday, August 7, 2008, 8:19 AM

daddy bill
OMG WOW im packed and ready. I dont get this I love u and i trust u. i thought u meant
what u said. ok i wont come if u dont want me to. im not mad just sad and disappointed.
can u please tell me why u dont love me anymore or want me to b ur little girl? I gtg babysit
for a little while.
xoox
nicky
sorry bout last night i kept gettng booted off and finally just went 2 bed. my laptop sucks!
by the way, my life sucks ass down here so ur not takin me away from much.

## MYSPACE SUMMONS INFORMATION

34.     During the month of July 2008, an ICE summons was issued to Myspace for

Friend ID# 304616824. Pursuant to this Summons Myspace responded with the following

information:

Subscriber Report for User # 304616824

User #          304616824

First Name:

Last Name:    y

Country:       US

City:           Mount Joy

Postal Code:  17552

Region:        Pennsylvania

Email:          batman76525@hotmail.com

Vanity Url:    batman52567

Sign up IP:     68.45.68.48

Sign up Date: 2007-12-26 12:15:00 PM

35.     Myspace provided IP history connections, which reflected numerous IP addresses. Included in the IP results was the following IP addresses  69.136.91.45, 68.39.80.95, and 69.242.75.222. IP address 69.136.91.45 is associated with logins for animalistic nature  and or batman76525 on 06/19/2008, the day a chat session in Yahoo! Messenger took place. A Whois inquiry revealed that the IP address (69.136.91.45) used on June 19, 2008 by batman76525 was assigned by Comcast Communications.

36.     Pursuant to an ICE administrative summons issued to Comcast, on July 28, 2008,

Comcast provided the following subscriber results for the IP address of 69.136.91.45.

| | |
|---|---|
| Subscriber Name: | William Young Jr. |
| Service Address: | 100 Longenecker Ave |
| | Marietta, PA 17547 |
| Telephone #: | 717-951-9988; 717-653-6632 |
| Account Status: | Active |
| E-mail User Ids: | batman52567; valliegirl60 |

### SUSPECT INFORMATION

37.     A public records check on William YOUNG Jr. resulted in the below information:

William L. YOUNG Jr.

DOB: 05/25/1967

20

SS# 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

100 Longenecker Ave, Marietta, PA 17547

38.     This public record check also indicated that William Luther YOUNG Jr. is a registered sex offender in the State of Pennsylvania.

39.     A criminal history check with SECTOR (ICE Communications) resulted in two arrests for William Luther YOUNG Jr., DOB: 05/25/1967, SS# 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. On September 26, 1996, FBI Metro arrested William Luther YOUNG Jr. for Travel across State lines with intent of sex with a minor. On July 7, 1997, William Luther YOUNG Jr. was arrested for Interstate travel with intent to engage in sex with a minor. William Luther YOUNG Jr. was sentenced on May 19, 1997 to 12 months and 3 years supervised release.

40.     A check with the Pennsylvania State Police Megan's Law Website confirmedthat William Luther YOUNG Jr. is a registered sex offender in the State of Pennsylvania. Additionally, as a result of this site, a photo of William Luther YOUNG Jr. was obtained and compared to the naked photos he sent on July 30, 2008. Additionally, this photo obtained from the online database was compared to the photos posted in YOUNGS Myspace profile. Your affiant conducted a preliminary comparison of the photo/s and determined this comparison was positive and this leads your affiant to conclude that William Luther YOUNG Jr. aka: "batman76525, Bruce Wayne, Bill young, animalistic nature and Myspace Friend ID # 304616824 are the same person. Additionally, the address for YOUNG obtained as a result of the summons to Comcast is the same address that is posted on the Pennsylvania State Police Megan's Law Website as his current address.

41.     Based on the foregoing facts, your affiant believes that there is probable

21

cause to believe that William Luther YOUNG Jr is Bruce Young (batman76525) aka: "Bill Young", aka: "animalistic nature" and that he used a computer in interstate commerce to attempt to persuade, induce or entice an individual he believed had not having attained the age of 18 years to engage in sexual activity in violation of Title 18, United States Code, Section 2422(b).

Additionally, based upon the forgoing facts, your affiant believes that there is probable cause to believe that William Luther YOUNG Jr is Bruce Wayne (batman76525) aka: "Bill Young", aka: "animalistic nature" and that he has on at two identified occasions used a computer in interstate commerce to knowingly transfer obscene matter or attempted to do so to an individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years all in violation of Title 18, United States Code, Section 1470.

FURTHER, YOUR AFFIANT SAYETH NOT.

S/A Terri Botterbusch (ICE)

Terri Botterbusch, Special Agent
Immigration and Customs Enforcement

Subscribed to and sworn to before me
this _____ day of August 07, 2008.

Mark C. Pizzo

Hon. Mark A. Pizzo
United States Magistrate Judge

22